```
 1  BARRY J. PORTMAN
    Federal Public Defender
 2  NICHOLAS P. HUMY
    Assistant Federal Public Defender
 3  160 West Santa Clara Street, Suite 575
    San Jose, CA  95113
 4  Telephone:  (408) 291-7753

 5  Counsel for Defendant REYES
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-07-70670-HRL |
|---|---|---|
| Plaintiff, | ) | DEFENDANT'S WAIVER OF TIME PURSUANT TO RULE 5.1(d) |
| vs. | ) | |
| DANIEL THOMAS REYES, | ) | |
| Defendant. | ) | |

   I, DANIEL THOMAS REYES, have been informed that I have a right to a preliminary hearing within 10 days of my arrest in this matter pursuant to Fed. R. Crim. P. 5.1(c).  I have previously consented to waive time extending the date by which a preliminary hearing must be held.  Having consulted with my counsel, I hereby consent to a further waiver of time to December 6, 2007.

Dated: 11/15/07                      _____/s/_____
                                     Defendant

Dated:11/15/07                       _____/s/_____
                                     Counsel

1